UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK C. CHRISTENSON,

                Plaintiff,

     -against-

JOHN DONEL,

                Defendant.

20-CV-6728 (CM)

CIVIL JUDGMENT

     Pursuant to the order issued August 21, 2020, dismissing the complaint,

     IT IS ORDERED, ADJUDGED, AND DECREED that under the June 20, 2018 order in *Christenson v. Roe*, ECF 1:18-CV-3319, 3 (S.D.N.Y. June 20, 2018), the complaint is dismissed without prejudice.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  August 21, 2020
           New York, New York

                                          COLLEEN McMAHON
                                       Chief United States District Judge